1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALENN UBENCE GONZALEZ, | No. EDCV 20-915 TJH (RAO) |
| Petitioner, | |
| v. | **ORDER DISMISSING CASE [JS-6]** |
| CHAD T. WOLF, Acting Secretary of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing Duties of the Director of U.S. Immigration and Customs Enforcement; DAVID A. MARIN, Field Office Director; JAMES JANECKA, Warden, Adelanto ICE Processing Center. | |
| Respondents. | |

Pursuant to Petitioner's notice of voluntary dismissal, this action is dismissed without prejudice.

DATED:  JUNE 30, 2020

_____
HONORABLE TERRY J. HATTER, JR
Senior United States District Judge

Presented by:

_s/ Emily J.M. Groendyke_____ .
EMILY J.M. GROENDYKE
Deputy Federal Public Defender